UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Banc of America Funding Corporation 2007-4, U.S. Bank National Association, as Trustee

Order Filed on February 7, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Malgorzata Berchin, Scott Berchin,

Debtors.

Case No.: 18-34522 JKS
Adv. No.:
Hearing Date: 2/28/19 @ 8:30 a.m.
Judge: John K. Sherwood

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 7, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtors:        Malgorzata Berchin, Scott Berchin
Case No.:       18-34522 JKS
Caption:        **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Banc of America Funding Corporation 2007-4, U.S. Bank National Association, as Trustee, holder of a mortgage on real property located at 125 Highland Trail, Denville, NJ 07834-2011, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Scott J. Goldstein, Esquire, attorney for Debtors, Malgorzata Berchin and Scott Berchin, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 4) in full through the Chapter 13 plan; and

It **ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.