Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−34522−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Scott Berchin                                              Malgorzata Berchin
125 Highland Trl                                          125 Highland Trl
Denville, NJ 07834−2011                          Denville, NJ 07834−2011

Social Security No.:
   xxx−xx−1022                                              xxx−xx−0843

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 4, 2019.

On 8/8/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                    September 12, 2019
Time:                    08:30 AM
Location:              Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 13, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-34522-JKS
Scott Berchin                                                           Chapter 13
Malgorzata Berchin
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Aug 13, 2019
                              Form ID: 185             Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
```
db/jdb         Scott Berchin,    Malgorzata Berchin,    125 Highland Trl,    Denville, NJ 07834-2011
517962545      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
517921400      Amex,   PO Box 297871,    Fort Lauderdale, FL  33329-7871
517921401      Amex,   Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX  79998-1540
517921402     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk of Amer,    PO Box 982238,    El Paso, TX  79998-2238)
518014515     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517981759      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518019470     +Chase Bank USA, N.A,    c/o Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517921405      Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
517921406      Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE  19850-5298
517921407      Citi/Sears,    Citibank/Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO  63179-0034
517921408      Citibank,   PO Box 6000,    Sioux Falls, SD  57117-6000
518039799     +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517921409      Citibank/the Home Depot,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                Saint Louis, MO  63179-0034
517921411      Court Officer Walter Kavanagh,    Superior Court of NJ Morristown Special,    PO Box 1702,
                Morristown, NJ  07962-1702
517921412      Credit First N A,    PO Box 81315,    Cleveland, OH  44181-0315
517989882      Credit First NA,    PO Box 818011,    Cleveland, OH  44181-8011
517921413      Credit First National Association,    Attn: Bankruptcy,    PO Box 81315,
                Cleveland, OH  44181-0315
518039801      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
517921414      Dsnb Macys,    PO Box 8218,    Mason, OH  45040-8218
517922107     +Dylan Berchin,    125 Highland Trl,    Denville, NJ 07834-2011
517921415      Efrem L. Greenfield,    16 Pocono Rd Ste 111,    Denville, NJ  07834-2905
517921420      Medical Park Imaging P.A.,    1415 2713 NJ-23 # 1,    Newfoundland, NJ  07435
517921422      NYS Department of Taxation and Finance,    Bankruptcy Section,    PO Box 5300,
                Albany, NY  12205-0300
517921423      Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ  07054-5020
517921424      Pressler, Felt, & Warshaw, LLP,    7 Entin Rd,    Parsippany, NJ  07054-5020
517921426     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    N.J. Division of Taxation Bankruptcy Sec,
                PO Box 245,    Trenton, NJ  08695-0245)
517921425      Sears/Cbna,    PO Box 6217,    Sioux Falls, SD  57117-6217
517921428      Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN  55440-0673
517921429      Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
517921430      Tri-County Orthopedics,    PO Box 1446,    Morristown, NJ  07962-1446
517967521     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517921431      Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                Mason, OH  45040-8053
517921434     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD  21701-4747)
517921435      Wells Fargo Home Mortgage,    Attn: Bankruptcy,    PO Box 10335,    Des Moines, IA  50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2019 00:16:54     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2019 00:16:51     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2019 00:20:06
                AIS Portfolio Services, LP Attn: Capital One Auto,    4515 N Santa Fe Ave, Dept APS,
                Oklahoma City, OK 73118-7901
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 00:19:59
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517921399      E-mail/Text: ebn@americollect.com Aug 14 2019 00:17:05     Americollect Inc,    PO Box 1566,
                Manitowoc, WI  54221-1566
517962285      E-mail/Text: ally@ebn.phinsolutions.com Aug 14 2019 00:15:50     Ally Bank Lease Trust,
                PO Box 130424,    Roseville MN 55113-0004
517921397      E-mail/Text: ally@ebn.phinsolutions.com Aug 14 2019 00:15:50     Ally Financial,
                Attn: Bankruptcy Dept,    PO Box 380901,    Bloomington, MN  55438-0901
517921398      E-mail/Text: ally@ebn.phinsolutions.com Aug 14 2019 00:15:50     Ally Financial,
                200 Renaissance Ctr,    Detroit, MI  48243-1300
517921403      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 14 2019 00:21:05     Capital One Auto Finan,
                PO Box 259407,    Plano, TX  75025-9407
```

```
District/off: 0312-2          User: admin              Page 2 of 3               Date Rcvd: Aug 13, 2019
                              Form ID: 185             Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517921404        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 14 2019 00:20:16
                 Capital One Auto Finance,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
517930948       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2019 00:20:54
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517972980       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2019 00:20:08
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
517921410        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2019 00:16:37      Comenity Bank,
                 Attn: Bankruptcy,    PO Box 182125,    Columbus, OH  43218-2125
517921416        E-mail/Text: cio.bncmail@irs.gov Aug 14 2019 00:16:15       Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
517921417        E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Aug 14 2019 00:18:40
                 Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO  63042-2429
517921418        E-mail/Text: bncnotices@becket-lee.com Aug 14 2019 00:15:58       Kohls/Capital One,
                 Kohls Credit,    PO Box 3120,    Milwaukee, WI  53201-3120
517921419       +E-mail/Text: bncnotices@becket-lee.com Aug 14 2019 00:15:58       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517998831       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2019 00:16:50       MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517921421        E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2019 00:16:50       Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA  92108-2709
518021611        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2019 00:31:44
                 Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
517963985        E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2019 00:16:45
                 Quantum3 Group LLC as agent for,    JHPDE Finance 1 LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
517921427        E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 00:20:44       Synchrony Bank,
                 Attention: Bankruptcy,    PO Box 965061,    Orlando, FL  32896-5061
517922227       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 00:19:18       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518041924       +E-mail/Text: bncmail@w-legal.com Aug 14 2019 00:17:05       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517921433        E-mail/Text: vci.bkcy@vwcredit.com Aug 14 2019 00:17:05      VW Credit Inc,    2333 Waukegan Rd,
                 Deerfield, IL  60015-5508
518019906       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2019 00:20:18       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517921432        E-mail/Text: vci.bkcy@vwcredit.com Aug 14 2019 00:17:05      Volkswagen Credit, Inc,
                 Attn: Bankruptcy,    PO Box 3,    Hillsboro, OR  97123-0003
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Banc of America Funding Corporation 2007-4, U.S. Bank
          National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
          jschwartz@mesterschwartz.com
         Kevin Gordon McDonald    on behalf of Creditor    Banc of America Funding Corporation 2007-4, U.S.
          Bank National Association, as Trustee kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Marie-Ann  Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2           User: admin              Page 3 of 3              Date Rcvd: Aug 13, 2019
                               Form ID: 185             Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Scott J. Goldstein   on behalf of Debtor Scott  Berchin sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
           Scott J. Goldstein   on behalf of Joint Debtor Malgorzata  Berchin sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                             TOTAL: 7