**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0   Valuation of Security          0   Assumption of Executory Contract or Unexpired Lease          2   Lien Avoidance

---

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                                                               Case No.:    18-34522

Scott Berchin                                                                                   Judge:       JKS
Malgorzata Berchin,

     Debtors (s)

## Chapter 13 Plan and Motions

☐ Original                    ☒ Modified/Notice Required              Date:   08/08/2019
☒ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*.  Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien.  The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate.  An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: _SJG_____          Initial Debtor: SB_____          Initial Co-Debtor: MB_____

| **Part 1:** | **Payment and Length of Plan** |

a. The debtor shall pay $ 225 per month to the Chapter 13 Trustee, starting on 1/1/2019 for approximately 60 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

  ☒ Future earnings

  ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

  ☐ Sale of real property
  Description:
  Proposed date for completion: 

  ☐ Refinance of real property:
  Description:
  Proposed date for completion: 

  ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: 

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

| **Part 2:** | **Adequate Protection** ☐ NONE |
|---|---|

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

| **Part 3:** | **Priority Claims (Including Administrative Expenses)** |
|---|---|

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2950.00 plus additional post-confirmation or other fees as applied for and granted pursuant to 11 U.S.C. §330 and DNJ LBR 2016-5 |
| DOMESTIC SUPPORT OBLIGATION | | |
| State of New York Division of Finance | INCOME TAXES | $892.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: | | |

**Part 4:   Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Wells Fargo Home Mortgage | First Mortgage | $1574.77 | 0% | 1574.77 | 1574.77 |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  | 0% | $ 0.00 | $ 0.00 |
|  |  | 0% | $ 0.00 | $ 0.00 |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Capital One Auto Finance | 2010 Nissan Altima | 2275.00 | 0.00 |

5

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:
  Ally Financial
  Volkswagen Credit, Inc.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Capital One Auto Finance | 0.00 | Car Loan | Rejected | 0.00 |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Midland Funding, LLC | All assets | Judgment | $653.00 | 303360.00 | 7585.00 | 306254.00 | $653.00 |
| Midland Funding, LLC` | All assets | Judgment | $695.00 | 303360.00 | 7585.00 | 306254.00 | $695.00 |

7

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee commissions
2) Other administrative fees including attorneys fees
3) Secured claims and arrears
4) Lease Claims and arrears
5) Priority Claims
6) General unsecured claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

| **Part 9:** | **Modification ☐ NONE** |
|---|---|
| If this Plan modifies a Plan previously filed in this case, complete the information below. Date of Plan being Modified:    12/14/2018    . | |
| Explain below **why** the plan is being modified:<br><br>The Plan is being modified because a car needs to be surrendered. | Explain below **how** the plan is being modified:<br><br>The plan is being modified to surrender a car in full and final satisfaction. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

| **Part 10:** | **Non-Standard Provision(s): Signatures Required** |
|---|---|

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

9

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.


Date:   08/08/2019                                  /s/Scott Berchin
                                                    Scott Berchin
                                                    Debtor


Date:   08/08/2019                                  /s/Malgorzata Berchin
                                                    Malgorzata Berchin
                                                    Joint Debtor


Date:   08/08/2019                                  /s/Scott J. Goldstein
                                                    Scott J Goldstein
                                                    Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-34522-JKS
Scott Berchin                                                                   Chapter 13
Malgorzata Berchin
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 3              Date Rcvd: Aug 13, 2019
                              Form ID: pdf901            Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
```
db/jdb         Scott Berchin,    Malgorzata Berchin,    125 Highland Trl,    Denville, NJ   07834-2011
517962545      American Express National Bank,     c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
517921400      Amex,    PO Box 297871,    Fort Lauderdale, FL  33329-7871
517921401      Amex,    Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX  79998-1540
517921402     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk of Amer,     PO Box 982238,    El Paso, TX  79998-2238)
518014515     +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
517981759      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518019470     +Chase Bank USA, N.A,    c/o Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517921405      Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
517921406      Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE  19850-5298
517921407      Citi/Sears,    Citibank/Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO  63179-0034
517921408      Citibank,    PO Box 6000,    Sioux Falls, SD  57117-6000
518039799     +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517921409      Citibank/the Home Depot,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                Saint Louis, MO  63179-0034
517921411      Court Officer Walter Kavanagh,    Superior Court of NJ Morristown Special,    PO Box 1702,
                Morristown, NJ  07962-1702
517921412      Credit First N A,    PO Box 81315,    Cleveland, OH  44181-0315
517989882      Credit First NA,    PO Box 818011,    Cleveland, OH  44181-8011
517921413      Credit First National Association,    Attn: Bankruptcy,    PO Box 81315,
                Cleveland, OH  44181-0315
518039801      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
517921414      Dsnb Macys,    PO Box 8218,    Mason, OH  45040-8218
517922107     +Dylan Berchin,    125 Highland Trl,    Denville, NJ 07834-2011
517921415      Efrem L. Greenfield,    16 Pocono Rd Ste 111,    Denville, NJ  07834-2905
517921420      Medical Park Imaging P.A.,    1415 2713 NJ-23 # 1,    Newfoundland, NJ  07435
517921422      NYS Department of Taxation and Finance,    Bankruptcy Section,    PO Box 5300,
                Albany, NY  12205-0300
517921423      Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ  07054-5020
517921424      Pressler, Felt, & Warshaw, LLP,    7 Entin Rd,    Parsippany, NJ  07054-5020
517921426     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     N.J. Division of Taxation Bankruptcy Sec,
                PO Box 245,    Trenton, NJ  08695-0245)
517921425      Sears/Cbna,    PO Box 6217,    Sioux Falls, SD  57117-6217
517921428      Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN  55440-0673
517921429      Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
517921430      Tri-County Orthopedics,    PO Box 1446,    Morristown, NJ  07962-1446
517967521     +U.S. Bank National Association Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517921431      Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                Mason, OH  45040-8053
517921434     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                Frederick, MD  21701-4747)
517921435      Wells Fargo Home Mortgage,    Attn: Bankruptcy,    PO Box 10335,    Des Moines, IA  50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2019 00:16:54     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2019 00:16:51     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ  07102-5235
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2019 00:20:06
                AIS Portfolio Services, LP Attn: Capital One Auto,     4515 N Santa Fe Ave, Dept APS,
                Oklahoma City, OK 73118-7901
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 00:19:16
                Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
517921399      E-mail/Text: ebn@americollect.com Aug 14 2019 00:17:04     Americollect Inc,    PO Box 1566,
                Manitowoc, WI  54221-1566
517962285      E-mail/Text: ally@ebn.phinsolutions.com Aug 14 2019 00:15:50     Ally Bank Lease Trust,
                PO Box 130424,    Roseville MN 55113-0004
517921397      E-mail/Text: ally@ebn.phinsolutions.com Aug 14 2019 00:15:50     Ally Financial,
                Attn: Bankruptcy Dept,    PO Box 380901,    Bloomington, MN  55438-0901
517921398      E-mail/Text: ally@ebn.phinsolutions.com Aug 14 2019 00:15:50     Ally Financial,
                200 Renaissance Ctr,    Detroit, MI  48243-1300
517921403      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 14 2019 00:20:15     Capital One Auto Finan,
                PO Box 259407,    Plano, TX  75025-9407
```

```
District/off: 0312-2          User: admin                Page 2 of 3              Date Rcvd: Aug 13, 2019
                              Form ID: pdf901            Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517921404      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 14 2019 00:20:15
               Capital One Auto Finance,   Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT  84130-0285
517930948     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2019 00:20:06
               Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517972980     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2019 00:19:25
               Capital One Auto Finance, a division of Capital On,   P.O. Box 4360,   Houston, TX 77210-4360
517921410      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2019 00:16:32     Comenity Bank,
               Attn: Bankruptcy,   PO Box 182125,   Columbus, OH  43218-2125
517921416      E-mail/Text: cio.bncmail@irs.gov Aug 14 2019 00:16:11    Internal Revenue Service,
               Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA  19101-7346
517921417      E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Aug 14 2019 00:18:40
               Jh Portfolio Debt Equi,   5757 Phantom Dr Ste 225,   Hazelwood, MO  63042-2429
517921418      E-mail/Text: bncnotices@becket-lee.com Aug 14 2019 00:15:56     Kohls/Capital One,
               Kohls Credit,   PO Box 3120,   Milwaukee, WI  53201-3120
517921419     +E-mail/Text: bncnotices@becket-lee.com Aug 14 2019 00:15:56     Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
517998831     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2019 00:16:50     MIDLAND FUNDING LLC,
               PO Box 2011,   Warren, MI 48090-2011
517921421      E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2019 00:16:50     Midland Funding,
               2365 Northside Dr Ste 30,   San Diego, CA  92108-2709
518021611      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2019 00:31:44
               Portfolio Recovery Associates, LLC,   c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
517963985      E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2019 00:16:44
               Quantum3 Group LLC as agent for,   JHPDE Finance 1 LLC,   PO Box 788,
               Kirkland, WA  98083-0788
517921427      E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 00:20:41     Synchrony Bank,
               Attention: Bankruptcy,   PO Box 965061,   Orlando, FL  32896-5061
517922227     +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 00:19:16     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518041924     +E-mail/Text: bncmail@w-legal.com Aug 14 2019 00:17:05    TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517921433      E-mail/Text: vci.bkcy@vwcredit.com Aug 14 2019 00:17:05     VW Credit Inc,   2333 Waukegan Rd,
               Deerfield, IL  60015-5508
518019906     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2019 00:19:35     Verizon,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517921432      E-mail/Text: vci.bkcy@vwcredit.com Aug 14 2019 00:17:05     Volkswagen Credit, Inc,
               Attn: Bankruptcy,   PO Box 3,   Hillsboro, OR  97123-0003
                                                                                              TOTAL: 27

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Banc of America Funding Corporation 2007-4, U.S. Bank
               National Association, as Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Kevin Gordon McDonald    on behalf of Creditor    Banc of America Funding Corporation 2007-4, U.S.
               Bank National Association, as Trustee kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Aug 13, 2019
                              Form ID: pdf901          Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Scott J. Goldstein    on behalf of Debtor Scott  Berchin sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

        Scott J. Goldstein    on behalf of Joint Debtor Malgorzata  Berchin sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7