Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−34522−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Scott Berchin                                          Malgorzata Berchin
  125 Highland Trl                                       125 Highland Trl
  Denville, NJ 07834−2011                    Denville, NJ 07834−2011

Social Security No.:
  xxx−xx−1022                                             xxx−xx−0843

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/9/20 at 10:00 AM

to consider and act upon the following:

*47* − Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 06/15/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Exhibit Order Curing Post−Petition Arrears # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

*48* − Certification in Opposition to Certification of Default (related document:47 Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 06/15/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Exhibit Order Curing Post−Petition Arrears # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC) filed by Scott J. Goldstein on behalf of Malgorzata Berchin, Scott Berchin. (Attachments: # 1 Certificate of Service) (Goldstein, Scott)

Dated: 6/9/20

                                                                        Jeanne Naughton
                                                                         Clerk, U.S. Bankruptcy Court