UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(b)

Law Offices of Wenarsky and Goldstein, LLC
410 Route 10 West, Ste 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax: (973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein, Esq. (016472004)

In re:

Scott Berchin and Malgorzata Berchin,
Debtors

Case No. 18-34522

Chapter: 13

Judge: John K. Sherwood

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Scott Berchin__, Debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations, and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 1/29/2024

Scott Berchin
Debtor's Signature

**IMPORTANT:**
- Each Debtor in a joint case must file a separate Certification in Support of Discharge.
- discharge will not be entered for a Debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(b)

Law Offices of Wenarsky and Goldstein, LLC
410 Route 10 West, Ste 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein, Esq. (016472004)

In re:

Scott Berchin and Malgorzata Berchin,
Debtors

Case No. 18-34522

Chapter: 13

Judge: John K. Sherwood

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Malgorzata Berchin__, Debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations, and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 01/29/2024

_Malgorzata Berchin_
Malgorzata Berchin
Debtor's Signature

**IMPORTANT:**

- Each Debtor in a joint case must file a separate Certification in Support of Discharge.
- discharge will not be entered for a Debtor who fails to file a **completed** Certification in Support of Discharge.