Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY 7, 2024

**Chapter 13 Case # 18-34522**

Re:  SCOTT BERCHIN  
     MALGORZATA BERCHIN  
     125 HIGHLAND TRL  
     DENVILLE, NJ  07834-2011

Atty:  SCOTT J. GOLDSTEIN  
      LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC  
      280 WEST MAIN STREET  
      DENVILLE, NJ  07834

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $13,500.00**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/23/2019 | $225.00 | 5562304000 | 03/01/2019 | $225.00 | 5659382000 |
| 04/01/2019 | $225.00 | 5739430000 | 04/25/2019 | $225.00 | 5804844000 |
| 05/29/2019 | $225.00 | 5893138000 | 06/28/2019 | $225.00 | 5972782000 |
| 07/31/2019 | $225.00 | 6052917000 | 08/26/2019 | $225.00 | 6120829000 |
| 09/23/2019 | $225.00 | 6195659000 | 10/30/2019 | $225.00 | 6286855000 |
| 11/25/2019 | $225.00 | 6353475000 | 12/27/2019 | $225.00 | 6429656000 |
| 01/29/2020 | $225.00 | 6513984000 | 02/27/2020 | $225.00 | 6591668000 |
| 03/30/2020 | $225.00 | 6670434000 | 04/28/2020 | $225.00 | 6743968000 |
| 05/22/2020 | $225.00 | 6808066000 | 06/19/2020 | $225.00 | 6875492000 |
| 07/10/2020 | $225.00 | 6932143000 | 08/17/2020 | $225.00 | 7018714000 |
| 09/16/2020 | $225.00 | 7088049000 | 10/19/2020 | $225.00 | 7167626000 |
| 11/19/2020 | $225.00 | 7244211000 | 12/17/2020 | $225.00 | 7312126000 |
| 01/19/2021 | $225.00 | 7388133000 | 02/22/2021 | $225.00 | 7468091000 |
| 03/19/2021 | $225.00 | 7535410000 | 04/19/2021 | $225.00 | 7609531000 |
| 05/24/2021 | $225.00 | 7686534000 | 06/21/2021 | $225.00 | 7757025000 |
| 07/21/2021 | $225.00 | 7822578000 | 08/23/2021 | $225.00 | 7896153000 |
| 09/24/2021 | $225.00 | 7968830000 | 10/22/2021 | $225.00 | 8031595000 |
| 11/22/2021 | $225.00 | 8098656000 | 12/27/2021 | $225.00 | 8167001000 |
| 01/20/2022 | $225.00 | 8220126000 | 02/22/2022 | $225.00 | 8289407000 |
| 03/24/2022 | $225.00 | 8359175000 | 04/21/2022 | $225.00 | 8415822000 |
| 05/23/2022 | $225.00 | 8483142000 | 06/20/2022 | $225.00 | 8538895000 |
| 07/18/2022 | $225.00 | 8595641000 | 08/22/2022 | $225.00 | 8659825000 |
| 09/26/2022 | $225.00 | 8725108000 | 10/24/2022 | $225.00 | 8783924000 |
| 11/28/2022 | $225.00 | 8845670000 | 12/20/2022 | $225.00 | 8891504000 |
| 01/23/2023 | $225.00 | 8953972000 | 02/21/2023 | $225.00 | 9009784000 |
| 03/20/2023 | $225.00 | 9063677000 | 04/24/2023 | $225.00 | 9126972000 |
| 05/23/2023 | $225.00 | 9180760000 | 06/26/2023 | $225.00 | 9237436000 |
| 07/24/2023 | $225.00 | 9289840000 | 08/28/2023 | $225.00 | 9348637000 |

**Chapter 13 Case # 18-34522**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/25/2023 | $225.00 | 9395358000 | 10/25/2023 | $225.00 | 9447058000 |
| 11/13/2023 | $225.00 | 9476636000 | 12/22/2023 | $225.00 | 9544205000 |

**Total Receipts: $13,500.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $13,500.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 784.21 | |
| ATTY | ATTORNEY | ADMIN | 2,950.00 | 100.00% | 2,950.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY BANK LEASE TRUST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0004 | AMERICAN EXPRESS BANK | UNSECURED | 8,855.99 | * | 774.43 | |
| 0006 | BANK OF AMERICA | UNSECURED | 6,064.08 | * | 530.28 | |
| 0008 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 80.10 | 100.00% | 80.10 | |
| 0010 | CHASE BANK USA, N.A. | UNSECURED | 10,639.62 | * | 930.41 | |
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,546.20 | * | 135.21 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 5,461.45 | * | 477.59 | |
| 0013 | CITIBANK NA | UNSECURED | 751.93 | * | 61.82 | |
| 0016 | CREDIT FIRST | UNSECURED | 1,075.30 | * | 94.03 | |
| 0019 | EFREM L. GREENFIELD | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | CAPITAL ONE NA | UNSECURED | 392.35 | * | 30.20 | |
| 0024 | MEDICAL PARK IMAGING P.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | NYS DEPARTMENT OF TAXATION AND FI | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0032 | TD BANK USA, N.A. | UNSECURED | 506.49 | * | 44.29 | |
| 0034 | TRI-COUNTY ORTHOPEDICS | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 1,701.08 | * | 148.75 | |
| 0038 | VOLKSWAGEN CREDIT, INC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0041 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 3,073.36 | 100.00% | 3,073.36 | |
| 0042 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 695.31 | * | 57.17 | |
| 0043 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 680.92 | * | 55.98 | |
| 0044 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,229.70 | * | 107.54 | |
| 0045 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | |
| 0046 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 2,411.39 | 100.00% | 2,411.39 | |

**Total Paid: $13,277.76**
See Summary

## LIST OF PAYMENTS TO CLAIMS  (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 09/19/2022 | $16.65 | 8003041 | | 10/17/2022 | $48.56 | 8003096 |
| | 11/14/2022 | $48.56 | 8003150 | | 12/12/2022 | $47.54 | 8003197 |
| | 01/09/2023 | $47.55 | 8003252 | | 02/13/2023 | $47.55 | 8003304 |
| | 03/13/2023 | $47.55 | 8003363 | | 04/17/2023 | $47.55 | 8003415 |
| | 05/15/2023 | $47.55 | 8003468 | | 06/12/2023 | $47.54 | 8003526 |
| | 07/17/2023 | $47.05 | 8003590 | | 08/14/2023 | $47.05 | 8003635 |
| | 09/18/2023 | $47.06 | 8003698 | | 10/16/2023 | $47.04 | 8003760 |
| | 11/13/2023 | $47.05 | 8003805 | | 12/11/2023 | $46.29 | 8003858 |
| | 01/08/2024 | $46.29 | 8003905 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **BANK OF AMERICA** | | | | | | | |
| | 09/19/2022 | $11.40 | 897514 | | 10/17/2022 | $33.25 | 899189 |
| | 11/14/2022 | $33.25 | 900765 | | 12/12/2022 | $32.55 | 902317 |
| | 01/09/2023 | $32.57 | 903807 | | 02/13/2023 | $32.55 | 905330 |
| | 03/13/2023 | $32.57 | 906948 | | 04/17/2023 | $32.55 | 908529 |
| | 05/15/2023 | $32.56 | 910154 | | 06/12/2023 | $32.56 | 911619 |
| | 07/17/2023 | $32.21 | 913135 | | 08/14/2023 | $32.22 | 914652 |
| | 09/18/2023 | $32.22 | 916149 | | 10/16/2023 | $32.21 | 917640 |
| | 11/13/2023 | $32.22 | 919074 | | 12/11/2023 | $31.69 | 920497 |
| | 01/08/2024 | $31.70 | 921880 | | | | |
| **CAPITAL ONE AUTO FINANCE** | | | | | | | |
| | 03/18/2019 | $26.70 | 821398 | | 04/15/2019 | $26.70 | 823425 |
| | 05/20/2019 | $26.70 | 825399 | | | | |
| **CAPITAL ONE NA** | | | | | | | |
| | 11/14/2022 | $5.04 | 8003155 | | 02/13/2023 | $6.32 | 8003308 |
| | 05/15/2023 | $6.32 | 8003470 | | 08/14/2023 | $6.28 | 8003641 |
| | 11/13/2023 | $6.24 | 8003810 | | | | |
| **CHASE BANK USA, N.A.** | | | | | | | |
| | 09/19/2022 | $20.01 | 897595 | | 10/17/2022 | $58.33 | 899261 |
| | 11/14/2022 | $58.34 | 900835 | | 12/12/2022 | $57.11 | 902389 |
| | 01/09/2023 | $57.14 | 903873 | | 02/13/2023 | $57.12 | 905405 |
| | 03/13/2023 | $57.12 | 907017 | | 04/17/2023 | $57.13 | 908609 |
| | 05/15/2023 | $57.13 | 910220 | | 06/12/2023 | $57.12 | 911687 |
| | 07/17/2023 | $56.52 | 913207 | | 08/14/2023 | $56.53 | 914724 |
| | 09/18/2023 | $56.53 | 916222 | | 10/16/2023 | $56.51 | 917703 |
| | 11/13/2023 | $56.53 | 919147 | | 12/11/2023 | $55.62 | 920563 |
| | 01/08/2024 | $55.62 | 921940 | | | | |
| **CITIBANK NA** | | | | | | | |
| | 10/17/2022 | $5.53 | 898904 | | 12/12/2022 | $8.17 | 902041 |
| | 02/13/2023 | $8.07 | 905036 | | 04/17/2023 | $8.07 | 908217 |
| | 06/12/2023 | $8.08 | 911319 | | 08/14/2023 | $7.99 | 914357 |
| | 10/16/2023 | $7.99 | 917354 | | 12/11/2023 | $7.92 | 920203 |
| **CREDIT FIRST** | | | | | | | |
| | 10/17/2022 | $7.92 | 899303 | | 11/14/2022 | $5.89 | 900883 |
| | 12/12/2022 | $5.78 | 902430 | | 01/09/2023 | $5.77 | 903918 |
| | 02/13/2023 | $5.78 | 905450 | | 03/13/2023 | $5.77 | 907061 |
| | 04/17/2023 | $5.77 | 908664 | | 05/15/2023 | $5.77 | 910265 |
| | 06/12/2023 | $5.77 | 911738 | | 07/17/2023 | $5.72 | 913259 |
| | 08/14/2023 | $5.71 | 914778 | | 09/18/2023 | $5.72 | 916274 |
| | 10/16/2023 | $5.71 | 917752 | | 11/13/2023 | $5.71 | 919200 |
| | 12/11/2023 | $5.62 | 920620 | | 01/08/2024 | $5.62 | 921995 |
| **DEPARTMENT STORES NATIONAL BANK** | | | | | | | |
| | 10/17/2022 | $9.05 | 899320 | | 11/14/2022 | $6.74 | 900900 |
| | 12/12/2022 | $6.61 | 902445 | | 01/09/2023 | $6.60 | 903934 |
| | 02/13/2023 | $6.61 | 905471 | | 03/13/2023 | $6.59 | 907080 |
| | 04/17/2023 | $6.61 | 908684 | | 05/15/2023 | $6.60 | 910284 |
| | 06/12/2023 | $6.60 | 911757 | | 07/17/2023 | $6.54 | 913278 |
| | 08/14/2023 | $6.53 | 914796 | | 09/18/2023 | $6.53 | 916292 |
| | 10/16/2023 | $6.53 | 917769 | | 11/13/2023 | $6.53 | 919216 |
| | 12/11/2023 | $6.44 | 920632 | | 01/08/2024 | $6.43 | 922009 |

**Chapter 13 Case # 18-34522**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT, INC. | | | | | | | |
| | 10/17/2022 | $5.12 | 899551 | | 10/17/2022 | $5.01 | 899551 |
| | 12/12/2022 | $7.40 | 902665 | | 12/12/2022 | $7.54 | 902665 |
| | 02/13/2023 | $7.47 | 905703 | | 02/13/2023 | $7.30 | 905703 |
| | 04/17/2023 | $7.32 | 908922 | | 04/17/2023 | $7.47 | 908922 |
| | 06/12/2023 | $7.47 | 911979 | | 06/12/2023 | $7.31 | 911979 |
| | 08/14/2023 | $7.24 | 915022 | | 08/14/2023 | $7.38 | 915022 |
| | 10/16/2023 | $7.39 | 917991 | | 10/16/2023 | $7.23 | 917991 |
| | 12/11/2023 | $7.17 | 920834 | | 12/11/2023 | $7.33 | 920834 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 10/17/2022 | $11.39 | 8003103 | | 11/14/2022 | $8.47 | 8003148 |
| | 12/12/2022 | $8.31 | 8003201 | | 01/09/2023 | $8.30 | 8003257 |
| | 02/13/2023 | $8.29 | 8003309 | | 03/13/2023 | $8.31 | 8003367 |
| | 04/17/2023 | $8.30 | 8003414 | | 05/15/2023 | $8.30 | 8003472 |
| | 06/12/2023 | $8.31 | 8003529 | | 07/17/2023 | $8.21 | 8003582 |
| | 08/14/2023 | $8.22 | 8003637 | | 09/18/2023 | $8.21 | 8003690 |
| | 10/16/2023 | $8.21 | 8003749 | | 11/13/2023 | $8.21 | 8003806 |
| | 12/11/2023 | $8.09 | 8003859 | | 01/08/2024 | $8.08 | 8003906 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 09/19/2022 | $10.27 | 8003042 | | 10/17/2022 | $29.94 | 8003097 |
| | 11/14/2022 | $29.95 | 8003146 | | 12/12/2022 | $29.32 | 8003198 |
| | 01/09/2023 | $29.32 | 8003253 | | 02/13/2023 | $29.33 | 8003305 |
| | 03/13/2023 | $29.32 | 8003364 | | 04/17/2023 | $29.32 | 8003416 |
| | 05/15/2023 | $29.33 | 8003469 | | 06/12/2023 | $29.32 | 8003527 |
| | 07/17/2023 | $29.02 | 8003578 | | 08/14/2023 | $29.01 | 8003636 |
| | 09/18/2023 | $29.01 | 8003692 | | 10/16/2023 | $29.01 | 8003758 |
| | 11/13/2023 | $29.02 | 8003807 | | 12/11/2023 | $28.55 | 8003860 |
| | 01/08/2024 | $28.55 | 8003907 | | | | |

Chapter 13 Case # 18-34522

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 03/18/2019 | $185.48 | 822074 | | 04/15/2019 | $185.48 | 824097 |
| | 05/20/2019 | $185.48 | 826120 | | 06/17/2019 | $212.18 | 828071 |
| | 07/15/2019 | $216.00 | 829933 | | 08/19/2019 | $216.00 | 831962 |
| | 09/16/2019 | $216.00 | 833943 | | 10/21/2019 | $216.00 | 836005 |
| | 11/18/2019 | $221.62 | 838051 | | 12/16/2019 | $213.30 | 839932 |
| | 01/13/2020 | $213.30 | 841823 | | 02/10/2020 | $127.72 | 843695 |
| | 02/10/2020 | $85.58 | 843695 | | 03/16/2020 | $85.58 | 845628 |
| | 03/16/2020 | $127.72 | 845628 | | 04/20/2020 | $127.73 | 847586 |
| | 04/20/2020 | $85.57 | 847586 | | 05/18/2020 | $85.58 | 849394 |
| | 05/18/2020 | $127.72 | 849394 | | 08/16/2021 | $16.35 | 875515 |
| | 08/16/2021 | $10.96 | 875515 | | 08/16/2021 | $140.01 | 875515 |
| | 09/20/2021 | $176.98 | 877238 | | 09/20/2021 | $13.85 | 877238 |
| | 09/20/2021 | $20.67 | 877238 | | 10/18/2021 | $20.67 | 879022 |
| | 10/18/2021 | $13.85 | 879022 | | 10/18/2021 | $176.98 | 879022 |
| | 11/17/2021 | $176.98 | 880721 | | 11/17/2021 | $13.85 | 880721 |
| | 11/17/2021 | $20.67 | 880721 | | 12/13/2021 | $20.89 | 882351 |
| | 12/13/2021 | $14.00 | 882351 | | 12/13/2021 | $178.86 | 882351 |
| | 01/10/2022 | $178.87 | 884010 | | 01/10/2022 | $13.99 | 884010 |
| | 01/10/2022 | $20.89 | 884010 | | 02/14/2022 | $20.89 | 885692 |
| | 02/14/2022 | $14.00 | 885692 | | 02/14/2022 | $178.86 | 885692 |
| | 03/14/2022 | $178.87 | 887404 | | 03/14/2022 | $13.99 | 887404 |
| | 03/14/2022 | $20.89 | 887404 | | 04/18/2022 | $20.89 | 889083 |
| | 04/18/2022 | $14.00 | 889083 | | 04/18/2022 | $178.86 | 889083 |
| | 05/16/2022 | $181.69 | 890809 | | 05/16/2022 | $14.21 | 890809 |
| | 05/16/2022 | $21.22 | 890809 | | 06/20/2022 | $21.22 | 892474 |
| | 06/20/2022 | $14.22 | 892474 | | 06/20/2022 | $181.68 | 892474 |
| | 07/18/2022 | $181.69 | 894213 | | 07/18/2022 | $14.21 | 894213 |
| | 07/18/2022 | $21.22 | 894213 | | 08/15/2022 | $21.22 | 895774 |
| | 08/15/2022 | $14.22 | 895774 | | 08/15/2022 | $181.68 | 895774 |
| | 09/19/2022 | $119.38 | 897370 | | 09/19/2022 | $9.34 | 897370 |
| | 09/19/2022 | $13.94 | 897370 | | | | |
| TD BANK USA, N.A. | | | | | | | |
| | 11/14/2022 | $6.50 | 901576 | | 01/09/2023 | $5.44 | 904604 |
| | 03/13/2023 | $5.45 | 907760 | | 05/15/2023 | $5.44 | 910921 |
| | 07/17/2023 | $5.41 | 913953 | | 09/18/2023 | $5.37 | 916957 |
| | 11/13/2023 | $5.39 | 919833 | | 01/08/2024 | $5.29 | 922595 |
| VERIZON BY AMERICAN INFOSOURCE LP | | | | | | | |
| | 10/17/2022 | $12.53 | 900127 | | 11/14/2022 | $9.32 | 901699 |
| | 12/12/2022 | $9.14 | 903222 | | 01/09/2023 | $9.13 | 904716 |
| | 02/13/2023 | $9.12 | 906309 | | 03/13/2023 | $9.14 | 907875 |
| | 04/17/2023 | $9.14 | 909540 | | 05/15/2023 | $9.13 | 911026 |
| | 06/12/2023 | $9.14 | 912541 | | 07/17/2023 | $9.03 | 914066 |
| | 08/14/2023 | $9.04 | 915532 | | 09/18/2023 | $9.03 | 917064 |
| | 10/16/2023 | $9.05 | 918498 | | 11/13/2023 | $9.04 | 919941 |
| | 12/11/2023 | $8.88 | 921342 | | 01/08/2024 | $8.89 | 922688 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: February 07, 2024.

Receipts: $13,500.00    -    Paid to Claims: $9,543.55    -    Admin Costs Paid: $3,734.21    =    Funds on Hand: $222.24

Base Plan Amount: $13,500.00    -    Receipts: $13,500.00    =    Total Unpaid Balance: **$0.00

**NOTE: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.