Form ntcfncurv − testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 18−34522−JKS
                              Chapter: 13
                              Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Scott Berchin                                                         Malgorzata Berchin
  125 Highland Trl                                          125 Highland Trl
  Denville, NJ 07834−2011                          Denville, NJ 07834−2011

Social Security No.:
  xxx−xx−1022                                                    xxx−xx−0843

Employer's Tax I.D. No.:

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

   TO: <u>Scott Berchin and Malgorzata Berchin</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: February 29, 2024
JAN: mlc

                                                                            <u>Jeanne Naughton, Clerk</u>