| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Scott Berchin<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1022<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Malgorzata Berchin<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0843<br>EIN   __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  18–34522–JKS | | |

# Order of Discharge                                                                                             12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Scott Berchin                                    Malgorzata Berchin

    <u>3/27/24</u>                                     **By the court:** <u>John K. Sherwood</u>
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                    **For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-34522-JKS |
| Scott Berchin | Chapter 13 |
| Malgorzata Berchin | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 27, 2024 | Form ID: 3180W | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Scott Berchin, Malgorzata Berchin, 125 Highland Trl, Denville, NJ 07834-2011 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BAN, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517921411 | | Court Officer Walter Kavanagh, Superior Court of NJ Morristown Special, PO Box 1702, Morristown, NJ 07962-1702 |
| 517922107 | + | Dylan Berchin, 125 Highland Trl, Denville, NJ 07834-2011 |
| 517921415 | | Efrem L. Greenfield, 16 Pocono Rd Ste 111, Denville, NJ 07834-2905 |
| 517921420 | | Medical Park Imaging P.A., 1415 2713 NJ-23 # 1, Newfoundland, NJ 07435 |
| 517922227 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517921430 | | Tri-County Orthopedics, PO Box 1446, Morristown, NJ 07962-1446 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 27 2024 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 27 2024 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Mar 28 2024 00:52:00 | AIS Portfolio Services, LP Attn: Capital One Auto, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Mar 27 2024 20:58:25 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | EDI: PRA.COM | Mar 28 2024 00:52:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517921399 | | Email/Text: ebn@americollect.com | Mar 27 2024 21:01:00 | Americollect Inc, PO Box 1566, Manitowoc, WI 54221-1566 |
| 517962285 | | EDI: GMACFS.COM | Mar 28 2024 00:52:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 517921397 | | EDI: GMACFS.COM | Mar 28 2024 00:52:00 | Ally Financial, Attn: Bankruptcy Dept, PO Box 380901, Bloomington, MN 55438-0901 |
| 517921398 | | EDI: GMACFS.COM | Mar 28 2024 00:52:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517962545 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2024 07:09:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517921401 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2024 08:51:39 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |

Case 18-34522-JKS    Doc 77    Filed 03/29/24    Entered 03/30/24 00:14:36    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2024 | Form ID: 3180W | Total Noticed: 64 |

| | | | | |
|---|---|---|---|---|
| 517921400 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2024 08:51:39 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518014515 | + | EDI: BANKAMER2 | Mar 28 2024 00:52:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517921402 | | EDI: BANKAMER | Mar 28 2024 00:52:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 517921403 | | EDI: CAPONEAUTO.COM | Mar 28 2024 00:52:00 | Capital One Auto Finan, PO Box 259407, Plano, TX 75025-9407 |
| 517921404 | | EDI: CAPONEAUTO.COM | Mar 28 2024 00:52:00 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517930948 | + | EDI: AISACG.COM | Mar 28 2024 00:52:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517972980 | + | EDI: AISACG.COM | Mar 28 2024 00:52:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517981759 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2024 07:09:56 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518019470 | + | Email/Text: RASEBN@raslg.com | Mar 27 2024 21:00:00 | Chase Bank USA, N.A, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517921407 | | EDI: CITICORP | Mar 28 2024 00:52:00 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 517921408 | | EDI: CITICORP | Mar 28 2024 00:52:00 | Citibank, PO Box 6000, Sioux Falls, SD 57117-6000 |
| 518039799 | + | EDI: CITICORP | Mar 28 2024 00:52:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517921409 | | EDI: CITICORP | Mar 28 2024 00:52:00 | Citibank/the Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 517921410 | | EDI: WFNNB.COM | Mar 28 2024 00:52:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 517921412 | | EDI: CRFRSTNA.COM | Mar 28 2024 00:52:00 | Credit First N A, PO Box 81315, Cleveland, OH 44181-0315 |
| 517989882 | | EDI: CRFRSTNA.COM | Mar 28 2024 00:52:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517921413 | | EDI: CRFRSTNA.COM | Mar 28 2024 00:52:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 517921414 | | EDI: CITICORP | Mar 28 2024 00:52:00 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 517921431 | | EDI: CITICORP | Mar 28 2024 00:52:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 518039801 | | EDI: Q3G.COM | Mar 28 2024 00:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517921416 | | EDI: IRS.COM | Mar 28 2024 00:52:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517921405 | | EDI: JPMORGANCHASE | Mar 28 2024 00:52:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517921406 | | EDI: JPMORGANCHASE | Mar 28 2024 00:52:00 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| 517921417 | | Email/Text: bknotificationdistribution@jhcapitalgroup.com Mar 27 2024 21:02:00 | | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 517921418 | | Email/Text: PBNCNotifications@peritusservices.com Mar 27 2024 21:00:00 | | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 517921419 | + | Email/Text: PBNCNotifications@peritusservices.com Mar 27 2024 21:00:00 | | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517998831 | + | Email/Text: bankruptcydpt@mcmcg.com Mar 27 2024 21:01:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517921421 | + | Email/Text: bankruptcydpt@mcmcg.com Mar 27 2024 21:01:00 | | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517921422 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov Mar 27 2024 21:01:00 | | NYS Department of Taxation and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 518021611 | | EDI: PRA.COM Mar 28 2024 00:52:00 | | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517921423 | | Email/Text: signed.order@pfwattorneys.com Mar 27 2024 21:00:00 | | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 517921424 | | Email/Text: signed.order@pfwattorneys.com Mar 27 2024 21:00:00 | | Pressler, Felt, & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 517963985 | | EDI: Q3G.COM Mar 28 2024 00:52:00 | | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517921426 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Mar 27 2024 21:00:00 | | State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |
| 517921425 | | EDI: CITICORP Mar 28 2024 00:52:00 | | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 517921427 | | EDI: SYNC Mar 28 2024 00:52:00 | | Synchrony Bank, Attention: Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 518041924 | + | Email/Text: bncmail@w-legal.com Mar 27 2024 21:01:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517921428 | | EDI: WTRRNBANK.COM Mar 28 2024 00:52:00 | | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 517921429 | | EDI: CITICORP Mar 28 2024 00:52:00 | | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517967521 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Mar 27 2024 21:00:00 | | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517921433 | | Email/Text: vci.bkcy@vwcredit.com Mar 27 2024 21:01:00 | | VW Credit Inc, 2333 Waukegan Rd, Deerfield, IL 60015-5508 |
| 518019906 | + | EDI: AIS.COM Mar 28 2024 00:52:00 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517921432 | | Email/Text: vci.bkcy@vwcredit.com Mar 27 2024 21:01:00 | | Volkswagen Credit, Inc, Attn: Bankruptcy, PO Box 3, Hillsboro, OR 97123-0003 |
| 517921434 | | EDI: WFFC Mar 28 2024 00:52:00 | | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701-4747 |
| 517921435 | | EDI: WFFC2 Mar 28 2024 00:52:00 | | Wells Fargo Home Mortgage, Attn: Bankruptcy, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 56

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank Lease Trust, P.O. Box 130424, Roseville, MN 55113-0004 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Banc of America Funding Corporation 2007-4  U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION 2007-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Banc of America Funding Corporation 2007-4  U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Regina Cohen | on behalf of Creditor Ally Bank Lease Trust rcohen@lavin-law.com  mmalone@lavin-law.com |
| Scott J. Goldstein | on behalf of Debtor Scott Berchin scott@wg-attorneys.com g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| Scott J. Goldstein | on behalf of Joint Debtor Malgorzata Berchin scott@wg-attorneys.com g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11