UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein, Esq. (016472004)

Order Filed on April 5, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

    Scott Berchin and Malgorzata Berchin,
                      Debtors

Case No. 18-34522

Chapter: 13

Hearing Date: _____

Judge: John K. Sherwood

## ORDER GRANTING COMPENSATION IN A CHAPTER 13 CASE

The relief set forth on the following page is **ORDERED**

DATED: April 5, 2024

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work additional to basic chapter 13 services required under DNJ LBR 2016-5 and which is not included as a required service under DNJ LBR 2016-5(a) has been rendered, or services which were rendered pursuant under an hourly retainer pursuant to DNJ LBR 2016-5(c) having been performed and no objections having been raised it is:

**ORDERED** that Scott J. Goldstein, the applicant, is allowed a fee of $1,000.00 for services rendered and expenses in the amount of 0 for a total of $1,000.00. The allowance is payable:

- ☐ Through the Chapter 13 Plan as an administrative priority
- ☒ Outside the Plan

~~The Debtor's monthly plan is modified to require a payment of $0.00 for 1 months to allow for payment of the above fee.~~