UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax: (973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein, Esq. (016472004)

Order Filed on April 5, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

    Scott Berchin and Malgorzata Berchin,
                        Debtors

Case No. 18-34522

Chapter: 13

Hearing Date: _____

Judge: John K. Sherwood

# ORDER GRANTING COMPENSATION IN A CHAPTER 13 CASE

The relief set forth on the following page is **ORDERED**

**DATED: April 5, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work additional to basic chapter 13 services required under DNJ LBR 2016-5 and which is not included as a required service under DNJ LBR 2016-5(a) has been rendered, or services which were rendered pursuant under an hourly retainer pursuant to DNJ LBR 2016-5(c) having been performed and no objections having been raised it is:

**ORDERED** that Scott J. Goldstein, the applicant, is allowed a fee of $1,000.00 for services rendered and expenses in the amount of 0 for a total of $1,000.00. The allowance is payable:

- ☐ Through the Chapter 13 Plan as an administrative priority
- ☒ Outside the Plan

~~The Debtor's monthly plan is modified to require a payment of $0.00 for 1 months to allow for payment of the above fee.~~

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-34522-JKS |
| Scott Berchin | Chapter 13 |
| Malgorzata Berchin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 05, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Scott Berchin, Malgorzata Berchin, 125 Highland Trl, Denville, NJ 07834-2011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Banc of America Funding Corporation 2007-4  U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION 2007-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Banc of America Funding Corporation 2007-4  U.S. Bank National Association, as Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | |

    magecf@magtrustee.com

Regina Cohen
    on behalf of Creditor Ally Bank Lease Trust rcohen@lavin-law.com  mmalone@lavin-law.com

Scott J. Goldstein
    on behalf of Debtor Scott Berchin scott@wg-attorneys.com
    LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com

Scott J. Goldstein
    on behalf of Joint Debtor Malgorzata Berchin scott@wg-attorneys.com
    LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11